No. 39. CHICAGO, TERRE HAUTE & SOUTHEASTERN RAILWAY CO. ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;
No. 47. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 51. TRUSTEES OF PRINCETON UNIVERSITY ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 52. GUARANTY TRUST CO. ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 53. GLINES ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.;

No. 54. ORTON ET AL. *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL.; and

No. 55. UNITED STATES TRUST CO., TRUSTEE, *v.* GROUP OF INSTITUTIONAL INVESTORS ET AL. March 15, 1943. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications. *Messrs. W. F. Peter, Reese D. Alsop, Ernest S. Ballard, William A. McSwain, Frederic Burnham, Frederick Secord, Charles Myers,* and *Edwin H. Cassels* for petitioners in No. 39; *Mr. Frank C. Nicodemus, Jr.* for petitioner in No. 47; *Mr. Frederick J. Moses* for petitioners in No. 51; *Messrs. Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, Henry F. Tenney,* and *William V. Hodges* for petitioners in Nos. 52 and 53; *Messrs. Edward R. Johnston* and *Albert K. Orschel* for petitioners in No. 54; and *Messrs. George L. Shearer* and *McCready Sykes* for petitioner in No. 55. *Messrs. Kenneth F. Burgess, Douglas F. Smith,* and *Fred N. Oliver* for respondents.